UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Amesbury,

                        Plaintiff(s),                      **AMENDED**
                                                                    **O R D E R**

        -against –

                                                                      7:24-CV-08205 (CS)

Metro-North Commuter Railroad,

                        Defendant(s).
------------------------------------------------------------X

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within ninety days of the date of this order, Plaintiff may apply by letter within the ninety-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED**.

Dated: September 4, 2025
      White Plains, New York

                                                                  _____
                                                                     CATHY SEIBEL, U.S.D.J.